**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EVERETT LEE MEYERS, | ) | Case No.: 1:14-cv-01954-DAD-SAB (PC) |
| Plaintiff, | ) ) | ORDER DIRECTING DEFENDANT CHEN TO |
| v. | ) ) | FILE AN ANSWER TO THE FIRST AMENDED COMPLAINT WITHIN THIRTY DAYS FROM |
| C.K. CHEN, | ) ) | THE DATE OF SERVICE OF THIS ORDER |
| Defendant. | ) ) | [ECF No. 20] |
| | ) | |

Plaintiff Everett Lee Meyers is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 8, 2016, Defendant's motion to dismiss the first amended complaint was denied, and the matter was referred back to the undersigned for further proceedings.  (ECF No. 20.)

Accordingly, it is HEREBY ORDERED that Defendant Chen shall file an answer to the first amended complaint within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **January 11, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1