UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT LEE MEYERS,<br><br>          Plaintiff,<br><br>   v.<br><br>C.K. CHEN,<br><br>          Defendant. | Case No.: 1:14-cv-01954-DAD-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AGAINST PLAINTIFF<br><br>[ECF Nos. 24, 25] |

      Plaintiff Everett Lee Meyers is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On June 7, 2016, the Court issued an order for Plaintiff to show cause within thirty days why the action should not be dismissed for his failure to prosecute this action, namely failure to update his address of record. (ECF No. 24.) Plaintiff filed a response on June 20, 2016. (ECF No. 25.)

      In his response, Plaintiff indicates that he was transferred to the Los Angeles County Jail for child support proceedings and his personal proper was placed in storage which contained his legal documentation. Plaintiff submits that he still resides at Kern Valley State Prison.

///

///

///

///

1

1  Good cause having been presented to the Court, it is HEREBY ORDERED that the Court's
2  June 7, 2016, order to show cause is DISCHARGED.
3
4  IT IS SO ORDERED.
5  Dated:  **June 21, 2016**
6  UNITED STATES MAGISTRATE JUDGE