**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVERETT LEE MEYERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C.K. CHEN,<br><br>　　　　Defendant. | Case No.: 1:14-cv-01954-DAD-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE COURTESY COPY OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF, AND DIRECTING THAT OPPOSITION, IF ANY, BE FILED WITHIN THIRTY DAYS FROM THE DATE OF SERVICE<br><br>[ECF No. 27] |

　　　　Plaintiff Everett Lee Meyers is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 6, 2016, Defendant filed a motion for summary judgment. (ECF No. 27.)

　　　　On December 15, 2016, Plaintiff filed a notice of change of address. (ECF No. 29.)

　　　　On January 26, 2017, defense counsel filed a declaration in lieu of a formal reply indicating that Plaintiff did not file an opposition to Defendant's motion. (ECF No. 30.)

　　　　Because of the timing of Plaintiff's transfer and the filing of Defendant's motion for summary judgment, the record is not clear as to whether Plaintiff received a copy of Defendant's motion. In the interest of justice, the Court will direct the Clerk's office to send Plaintiff a courtesy copy of Defendant's motion and grant Plaintiff thirty (30) days to file an opposition, if so desired.

///

///

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of Defendant's motion for summary judgment, along with all attachments, filed December 6, 2016 (ECF No. 27);

2. Within thirty days from the date of service of this order, Plaintiff may file an opposition if so desired; and

3. Within seven (7) days from the date any opposition, Defendant may file a reply.

IT IS SO ORDERED.

Dated: **February 16, 2017**

UNITED STATES MAGISTRATE JUDGE